𝔇𝔞𝔫 𝔄𝔞𝔯𝔬𝔫 𝔭𝔬𝔩𝔰𝔱𝔢𝔯
𝔍𝔲𝔡𝔤𝔢

𝔓𝔥𝔬𝔫𝔢 (216) 357-7190
𝔉𝔞𝔵 (216) 357-7195

March 28, 2006

RECEIVED 2006 APR 11 A 10: 55 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

RE:     Financial Disclosure Report for Dan Aaron Polster

Dear Committee Members:

         Please find enclosed original and three additional copies of my Financial Disclosure Report for the Calendar Year 2005. I have deleted from my 2005 Report the assets listed on lines 46-69 of my 2004 Report. These are owned by ████ who is no longer a dependant.

                         Sincerely,

                 Dan Aaron Polster
                 United States District Judge

DAP:dmw

Enclosures

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Polster, Dan A | U.S. Dist. Ct., ND Ohio | 03/28/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge--Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Judge 18B Carl B. Stokes U.S. Court Cleveland, Ohio 44103 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Trustee | ███████████████ |
| 2. Lifetime Trustee | ██████ |
| 3. Trustee | Jewish Community Federation of Cleveland |
| 4. Trustee | Jewish Education Center of Cleveland |
| 5. Trustee | ██████Trust |
| 6. Board of Directors | Federal Bar Assn (Cleveland chapter) |

RECEIVED 2006 APR 11 A 10: 55 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Cleveland-Marshall School of Law--Adjunct Faculty | $ 1,200 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Hahn, Loeser & Parks (law firm) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. NONE | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | none | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. none | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Ga in Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. Servicemaster Co. | A | Dividend | K | T | | | | | |
| 3. Lord Abbett Aff. Fd | A | Dividend | | | sale | 08/05 | K | B | |
| 4. Aim Ltd Mat. Fund | A | Dividend | | | sale | 08/05 | K | A | |
| 5. Calamos Gr Fund | A | Dividend | J | T | part. sale | 08/05 | J | B | |
| 6. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 7. Baron Growth Fd | A | Dividend | J | T | part. sale | 08/05 | J | A | |
| 8. Hotchkis and Wiley Fd. | A | Dividend | J | T | part. sale | 08/05 | J | A | |
| 9. Amer. Gr. Fd of America | J | Dividend | K | T | part sale | 08/05 | J | B | |
| 10. Franklin Cust Fds Util | A | Dividend | J | T | purchase | 08/05 | J | | |
| 11. Putnam Floating Rate Inc Fd | A | Dividend | K | T | purchase | 08/05 | K | | |
| 12. | | | | | | | | | |
| 13. Allianz Pea Target Fund (formerly Pimco Adv. Target Fund) | C | Dividend | L | T | | | | | |
| 14. Dreyfus Prem. Mun. Bd Fund | C | Dividend | L | T | | | | | |
| 15. Putnam College Adv. Gr. Fd. | A | Dividend | K | T | | | | | |
| 16. Liberty Acorn Tr Fd | A | Dividend | K | T | | | | | |
| 17. Alcoa Inc | J | Dividend | | | sale | 07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 19. Chesapeake Energy Corp | A | Dividend | K | T | purch | 7/14 | K | | |
| 20. Genentech Inc | A | Dividend | J | T | purch | 7/15 | J | | |
| 21. Wayne Cty Ohio Munic.Bonds | B | Interest | K | T | purch | 08/04 | K | | |
| 22. RSA Security Inc | A | Dividend | | | sale | 07/14 | J | A | |
| 23. Putnam Coll.Adv.Bal. Fd. | A | Dividend | J | T | | | | | |
| 24. Kemper High Inc. Trust | A | Dividend | J | T | | | | | |
| 25. Tenneco common | A | Dividend | J | T | | | | | |
| 26. Alltel common | A | Dividend | J | T | | | | | |
| 27. Transistor Devices common | A | Dividend | L | W | | | | | |
| 28. Transistor Devices common | A | Dividend | L | W | | | | | |
| 29. Japan Fund | A | Dividend | J | T | | | | | |
| 30. Vanguard Fund | A | Dividend | J | T | | | | | |
| 31. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 32. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 33. National City Bank-check. | A | Interest | J | T | | | | | |
| 34. NationalCity Bank-check | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. National City Bank--CD | A | Interest | J | T | | | | | |
| 36. National City Bank--CD | A | Interest | J | T | | | | | |
| 37. Ohio Savings--savings | A | Interest | J | T | | | | | |
| 38. IRA-Ohio Savings Bank(mut.fd) | B | Dividend | K | T | | | | | |
| 39. IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 40. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 41. IRA-Prud. Equity Fund | C | Dividend | K | T | | | | | |
| 42. 401(K) | | | | | | | | | |
| 43. Pimco Total Ret. Fund | A | Dividend | K | T | | | | | |
| 44. Vanguard 500 Index Fd | B | Dividend | K | T | | | | | |
| 45. Longleaf Partners Fd | B | Dividend | L | T | | | | | |
| 46. Longleaf partners SmCp Fd | B | Dividend | L | T | | | | | |
| 47. T. Rowe Price MidCap Fd | B | Dividend | K | T | | | | | |
| 48. HR-10: Prof. Managed | E | Distribution | M | T | | | | | |
| 49. | | | | | | | | | |
| 50. Money Market Fund (ML) | A | Interest | K | T | | | | | |
| 51. China Power and Light common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Transistor Devices common | A | Dividend | L | W | | | | | |
| 53. Oakmark Intl Fd | A | Dividend | J | T | | | | | |
| 54. Baron Growth Fd | A | Dividend | J | T | purch | 8/12 | J | | |
| 55. Hotchkis and Wiley Small Cap Fd | A | Dividend | J | T | purch | 8/12 | J | | |
| 56. State of Israel Bond | A | Interest | J | T | | | | | |
| 57. CD Trsy Bank Alex. Va. | A | Interest | | | sale | 5/27 | J | A | |
| 58. CD FirstBank of Puerto Rico | A | Interest | | | purch | 5/27 | K | | |
| 59. CD FirstBank of Puerto Rico | A | Interest | | | sale | 9/07 | K | A | |
| 60. Ford common | A | Dividend | J | T | | | | | |
| 61. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 62. Citigroup (acq Ford spinoff) | A | Dividend | J | T | | | | | |
| 63. Traveler's Insurance (Ford spinoff) | A | Dividend | J | T | | | | | |
| 64. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 65. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Money Market (ML) | A | Interest | J | T | | | | | |
| 68. Transistor Devices common | A | Dividend | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oakmark Intl Fund | A | Dividend | J | T | add purch | 9/01 | J | | |
| 70. Aim Limited Maturity Fund | A | Dividend | | | sale | 9/01 | J | A | |
| 71. Hotchkis and Wiley SmCap | A | Dividend | J | T | purch | 9/01 | J | | |
| 72. American Gr Fd of America | A | Dividend | | | sale | 9/01 | J | A | |
| 73. Gabelli Utilities Fd | A | Dividend | J | T | purch | 9/01 | J | | |
| 74. ML Global Allocation Fd I | A | Dividend | J | T | purch | 9/01 | J | | |
| 75. Fidelity Adv Govt Invt Fd | A | Dividend | J | T | purch | 9/01 | J | | |
| 76. State of Israel Bond | A | Interest | J | T | | | | | |
| 77. Ford common | A | Dividend | J | T | | | | | |
| 78. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 79. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 80. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 81. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. ▆▆▆Trust** | E | Div,Int | P1 | T | | | | | |
| 84. State of Israel Bond | | | | | | | | | |
| 85. Tenneco common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V=Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pactiv Corp | | | | | | | | | |
| 87. JPMorgan Chase | | | | | | | | | |
| 88. Sprint Corp | | | | | | | | | |
| 89. M.Lynch Money Market | | | | | | | | | |
| 90. U.S. GNM bonds | | | | | | | | | |
| 91. Alltel common | | | | | | | | | |
| 92. Ampal Israel Preferred | | | | | | | | | |
| 93. Ind. Dev. Bank of Israel Pref. | | | | | | | | | |
| 94. Amer New Persp Fd | | | | | add purch | 3/01 | J | | |
| 95. Lord Abbett Devel Fd. | | | | | sale | 3/01 | J | B | |
| 96. Amer Inc. Fd of Amer. | | | | | add purch | 3/01 | J | | |
| 97. American Washington Mut Fd | | | | | add purch | 3/01 | J | | |
| 98. Calamos Growth Fd | | | | | part sale | 8/05 | J | B | |
| 99. Oakmark Intl Fund | | | | | | | | | |
| 100. Hotchkis and Wiley Smallcap | | | | | part sale | 8/05 | J | A | |
| 101. Baron Growth Fd | | | | | part sale | 8/05 | J | A | |
| 102. Amer. Growth Fd of America | | | | | part sale | 8/05 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Franklin Cust Fds Util | | | | | purch | 8/05 | J | | |
| 104. CD FirstBank of PR | | | | | purch | 3/01 | K | | |
| 105. CD FirstBank of PR | | | | | sale | 9/07 | K | A | |
| 106. CD Treasury Bank NA | | | | | purch | 1/10 | K | | |
| 107. CD Treasury Bank NA | | | | | sale | 5/27 | K | A | |
| 108. Money Fund | | | | | | | | | |
| 109. Bolt Technologies | | | | | | | | | |
| 110. Immunogen Inc | | | | | | | | | |
| 111. Cray Inc. | | | | | | | | | |
| 112. E P Medsystems | | | | | sale | 5/17 | K | A | |
| 113. Embrex Inc | | | | | sale | 9/12 | K | B | |
| 114. Memry Corp. | | | | | part. sale | 9/12 | K | D | |
| 115. Epix Pharmaceuticals | | | | | purch | 9/12 | K | | |
| 116. Enbridge Energy Mgt LLC | | | | | purch | 9/12 | K | | |
| 117. | | | | | | | | | |
| 118. Money Market | | | | | | | | | |
| 119. Laclede Gas common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Valero LP (acquired Kaneb Pipeline Pref.) | | | | | | | | | |
| 121. Nuveen Ohio Munic. Fd. | | | | | | | | | |
| 122. Davis NY Venture Fd | | | | | | | | | |
| 123. Ohio St.Air Qual Bonds | | | | | | | | | |
| 124. Eaton Vance Tax Managed Gr. Fd (formerly Eat.Vance Marath.Fd | | | | | | | | | |
| 125. Cedar Fair | | | | | | | | | |
| 126. American Express Co. | | | | | | | | | |
| 127. Chevron/Texaco | | | | | | | | | |
| 128. Alcoa Inc | | | | | sale | 7/14 | K | A | |
| 129. Eon Labs Inc. | | | | | sale | 7/25 | K | D | |
| 130. Holly Corp | | | | | sale | 1/10 | K | D | |
| 131. ICICI Bank Ltd | | | | | sale | 8/04 | K | C | |
| 132. XTO Energy | | | | | | | | | |
| 133. Franklin, Ohio Munic. Bond | | | | | purch | 8/25 | K | | |
| 134. Dreyfus Premier Mun. Bd Fd | | | | | purch 1991 | | L | | |
| 135. Dreyfus Premier Mun. Bd Fd | | | | | sale-entire | 8/04 | K | B | |
| 136. America Movil | | | | | purch | 9/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | er (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Corning | | | | | purch | 9/21 | J | | |
| 138. Ameriprise Financial (spinoff from American Express) | | | | | spinoff | 10/3 | J | | |
| 139. Genentch Inc | | | | | purch | 7/15 | K | | |
| 140. Harris Corp Del | | | | | purch | 7/14 | K | | |
| 141. Hewlett-Packard | | | | | purch | 9/21 | J | | |

| 1. Income Gain Codes: (See Colunms B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/28/2006 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____3/28/06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544